**SHA-1 Hash:** 7279915A655370BE4DF168F7A166F89BAF203FF2  **Rights Owner:** Nucorp, Ltd.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 76.226.95.163 | 8/10/2011 21:00 | Oak Park | MI | SBC Internet Services | BitTorrent |
| 2 | 76.215.53.90 | 8/8/2011 15:02 | Grand Blanc | MI | SBC Internet Services | BitTorrent |
| 3 | 99.57.68.77 | 9/10/2011 6:58 | Royal Oak | MI | SBC Internet Services | BitTorrent |
| 4 | 99.7.72.168 | 8/28/2011 3:34 | Livonia | MI | SBC Internet Services | BitTorrent |
| 5 | 99.91.213.210 | 9/15/2011 8:17 | Livonia | MI | SBC Internet Services | BitTorrent |
| 6 | 99.93.5.184 | 8/14/2011 19:09 | New Baltimore | MI | SBC Internet Services | BitTorrent |
| 7 | 71.74.185.16 | 9/21/2011 23:07 | Farmington | MI | Road Runner | BitTorrent |
| 8 | 174.124.163.108 | 9/26/2011 14:18 | Chesaning | MI | CenturyTel Internet Holdings | BitTorrent |
| 9 | 174.125.90.171 | 9/28/2011 0:24 | Caro | MI | CenturyTel Internet Holdings | BitTorrent |

EXHIBIT A

EMI1